## Commonwealth *v.* Whiting, Appellant.

Before DURHAM, J., without a jury.

Submitted September 10, 1975. *Andrea Commaker Levin* and *John W. Packel,* Assistant Defenders, and *Benjamin Lerner,* Defender, for appellant; *Barry H. Oxenburg, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.